**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RODNEY J. HORNE,

*Plaintiff,*

v.

A&M MEDICAL SERVICES, LLC,

*Defendant.*

Civil Action No. 17-3423

**ORDER**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on the 19th day of June, 2017

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. Plaintiff, however, is granted leave to file an amended complaint, consistent with the accompanying Opinion, within thirty (30) days[1]; and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff by certified mail.

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.

---

[1] As noted in note 1 of the accompanying Opinion, if Plaintiff is asserting a claim pursuant to either Title VII or the ADA, he must also include a copy of the right to sue letter from the Equal Employment Opportunity Commission. Also as noted in the Opinion, if Plaintiff does not file an amended complaint within thirty days, then this case will be dismissed with prejudice, which means that he will not be able to sue the Defendant again concerning the allegations in his Complaint.